**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRUM & FOSTER SPECIALITY INSURANCE COMPANY, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> WILLOWOOD USA, LLC; et al., <br><br> Defendants - Appellants, <br><br> V. <br><br> ALLIED WORLD ASSURANCE COMPANY (U.S.); et al., <br><br> Defendants - Appellees. | No. 14-35985 <br><br> D.C. No. 6:13-cv-01923-MC <br> District of Oregon, <br> Eugene <br><br><br> ORDER |
| WILLOWOOD USA, LLC, an Oregon limited liability company, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ALLIED WORLD ASSURANCE COMPANY, a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 16-35222 <br><br> D.C. No. 6:15-cv-01050-MC <br> District of Oregon, <br> Eugene |

Lking 5/9/16/Pro Mo

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion for reconsideration of the Clerk's April 15, 2016, order is denied.

The current briefing schedule in No. 16-35222 remains in effect.

Appellees are reminded that the date of the notice of appeal for the earlier case will govern calendaring priority. *See* General Orders 3.3(c)

Lking 5/9/16/Pro Mo